29268. PITTSBURGH PLATE GLASS COMPANY v. UNITED STATES GUARANTEE COMPANY.

SUTTON, J. This case, under its facts and the law applicable thereto, is controlled by *Pittsburgh Plate Glass Co.* v. *American Surety Co.*, ante. Judgment affirmed. *Stephens, P. J., concurs. Felton, J., dissents.* DECIDED MARCH 7, 1942. REHEARING DENIED MARCH 27, 1942.